| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| | * | AG No. 42 |
| FERRIAL HUSSEIN LANTON | * | September Term, 2024 |

## ORDER

Upon consideration of the petition for disciplinary or remedial action and request for immediate suspension filed by Petitioner pursuant to Rule 19-721(a)(2) and 19-738 and the Respondent's response to the Court's order to show cause, it is this 21st day of March 2025, by the Supreme Court of Maryland,

ORDERED that, pursuant to Rule 19-738(e), the Respondent, Ferrial Hussein Lanton, is immediately suspended from the practice of law in the State of Maryland; and it is further

ORDERED that Bar Counsel shall provide to the Court an update on the status of Respondent's criminal case and any appeal and provide Bar Counsel's recommendation as to a sanction; and it is further

ORDERED that the Clerk of this Court shall send notice of this Order in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk